IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, Individually and as Assignee of 5 Torrey Hills LLC, </br></br> Plaintiff, </br></br> v. </br></br> BARGER GROUP LLC, </br></br> Defendant. | No.: 3:15-CV-00349 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above styled cause is dismissed with prejudice, each party to bear its own attorney's fees, costs and discretionary costs.

s/ Reuben N. Pelot, IV
Rockforde D. King, Esq., BPR#11561
Reuben N. Pelot, IV, Esq., BPR #14986
Egerton, McAfee, Armistead & Davis, P.C.
900 South Gay Street, Ste. 1400
Knoxville, Tennessee 37901-2047
Tel:  865-546-0500
Fax:  865-525-5293
RKING@EMLAW.COM

Jeffrey A. Clayman, Esq., Pro Hac Vice
Mark C. Dodart, Esq., Pro Hac Vice
Phelps Dunbar, LLC,
Canal Place,
365 Canal Street, Suite 2000,
New Orleans, LA 70130-6534
Tel:  504-566-1311
Fax:  504-568-9130
Mark.Dodart@phelps.com
Jeffrey.Clayman@phelps.com

Attorneys for Plaintiff

s/ Mary Ann Stackhouse
Mary Ann Stackhouse, Esq. (BPR #017210)
LEWIS, THOMASON, KING, KRIEG &
WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
Tel: (865) 546-4646
Fax: (865) 523-6529
mstackhouse@lewisthomason.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of March, 2017, a copy of the foregoing Stipulation of Dismissal with prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Mary Ann Stackhouse
Mary Ann Stackhouse (BPR #017210)